## ALABAMA MIDLAND RAILWAY CO. *v.* SWINDELL & CO.

1. This court has jurisdiction to review the judgments of the city court of Bainbridge upon direct writ of error.
2. Under the ruling made in the case of *Southern Railway Co.* v. *Pace,* 114 *Ga.* 712, and the cases which that decision followed, the evidence in the present case was not sufficient to authorize a verdict for the plaintiff, and a new trial should have been granted.

117 883<br>
Case 1<br>
f117 884<br>
<br>
117 883<br>
Case 1<br>
s123 311<br>
<br>
117 883<br>
Case 1<br>
e128 441<br>
<br>
117 883<br>
Case 1<br>
d129 709

Argued June 10,—Decided June 29, 1903.

Action for damages.    Before Judge Bower.    City court of Bainbridge.    December 9, 1902.

*Hawes & Hawes* and *D. H. Pope,* for plaintiff in error.

*A. L. Townsend* and *James K. Hines,* contra.

COBB, J.    1. The motion to dismiss the writ of error must be overruled.    Under the ruling in *Cooper* v. *State,* 103 *Ga.* 405, which was followed in *Medlock* v. *Haslett,* 115 *Ga.* 428, the act of November 21, 1901 (Acts 1901, p. 94) had the effect to constitute the then existing city court of Bainbridge a constitutional city court.

2. The evidence discloses a case very similar to that which was contained in the record in the case of *Southern Railway Co.* v. *Pace,* 114 *Ga.* 712.    That decision was followed in the case of *Southern Railway Co.* v. *Horine,* 115 *Ga.* 664.    Under these rulings, the evidence in the present case did not authorize a verdict in favor of the plaintiff, and the judge should have granted a new trial.

*Judgment reversed.    All the Justices concur.*